# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 29, 2008

134696 & (64)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD M. GOODMAN and GOODMAN,
LISTER & PETERS, P.C.,
      Plaintiffs-Appellants,

v

MARJORIE J. DAHRINGER, as Personal
Representative of the Estate of Douglas Koster,
      Defendant-Appellee.

SC: 134696
COA: 273680
Livingston CC: 05-021362-CZ

_____/

      By order of March 21, 2008, the Court of Appeals was directed to "provide an explanation . . . of why it has jurisdiction over this case, given its procedural history." The Court of Appeals "advises that upon an opportunity to reconsider the July 2007 motion for reinstatement this Court would deny the July 11, 2007, motion for reinstatement for failure to establish 'mistake, inadvertence, or excusable neglect' under MCR 7.217(D)." On order of the Court, the explanation having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the order of the Court of Appeals reinstating the defendant's appeal, and we REMAND this case to the Court of Appeals for entry of an order dismissing the defendant's appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2008

_____
Clerk

t0521